No. 68188.—Alltransport, Incorporated *v.* United States, protest 62/12378 (New York).

Opinion by RAO, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1963

No. 68189.—W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 63/5494 (New York).

Opinion by DONLON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.